UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>ALBERT SANCHEZ,<br>                Plaintiff. | Case No. 21-cv-00447-EMC<br><br>**ORDER OF DISMISSAL**<br>Docket No. 1 |

Albert Sanchez, an inmate at the Ironwood State Prison, sent to the Court a letter expressing dissatisfaction with prison conditions. In an effort to protect his rights, a new action was opened, and the letter was filed on January 19, 2021. Plaintiff was informed that he had not filed a complaint and was notified that he had 28 days to do so or the action would be dismissed. Docket No. 2. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis* ("IFP"), and was notified that he had 28 days to either pay the fee or file the application or the action would be dismissed. Docket No. 3. Plaintiff did not file a complaint, nor did he file an IFP application or pay the fee.

On March 23, 2021, Plaintiff was granted an extension of time to file a complaint and to pay the filing fee or apply to proceed IFP. *See* Docket No. 8. Plaintiff was given until May 7, 2021 to file a complaint and to pay the filing fee or apply to proceed IFP. *See id.* at 1. Plaintiff was informed that "[f]ailure to do so *will* result in the dismissal of this action." *Id.* at 2 (emphasis added). It is now more than six weeks past the deadline for Plaintiff to file a complaint and to pay the filing fee or apply to proceed IFP, and the Court has received no documents from Plaintiff.

Because Plaintiff has not filed a pleading showing the Court has subject matter jurisdiction and has not paid the filing fee or applied to proceed IFP, despite two notices and dismissal warning from the Court, this action is **DISMISSED** without prejudice.

The Clerk shall enter Judgment and close the file.

**IT IS SO ORDERED**.

Dated: June 29, 2021

_____
EDWARD M. CHEN
United States District Judge